1  Ethan D. Thomas, Esq.
   Nevada Bar No. 12874
2  Diana G. Dickinson, Esq.
   Nevada Bar. No. 13477
3  Luke W. Molleck, Esq.
   Nevada Bar No. 14405
4  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
5  Suite 300
   Las Vegas, Nevada 89169.5937
6  Telephone:    702.862.8800
   Fax No.:       702.862.8811
7  edthomas@littler.com
   ddickinson@littler.com
8  lmolleck@littler.com

9  Attorneys for Defendants
   CLARK COUNTY SCHOOL DISTRICT, MARY
10 "MARE" MAZUR, CEDRIC COLE, AND BRENDA
   LARSEN-MITCHELL
11

12                 **UNITED STATES DISTRICT COURT**
                      **DISTRICT OF NEVADA**
13

14  TERRY CHI,                                 Case No. 2:24-cv-02014-CDS-BNW

15                 Plaintiff,

16        vs.                                   **STIPULATION TO EXTEND TIME FOR**
                                                **DEFENDANTS CLARK COUNTY**
17  CLARK COUNTY SCHOOL DISTRICT, a             **SCHOOL DISTRICT, MARY "MARE"**
    political subdivision of the State of Nevada; **MAZUR, CEDRIC COLE AND BRENDA**
18  MARY "MARE" MAZUR, in her official          **LARSEN-MITCHELL TO FILE**
    capacity and in her individual capacity;    **RESPONSES TO PLAINTIFF'S**
19  CEDRIC COLE, in his official capacity and in **COMPLAINT**
    his individual capacity; JESUS JARA, in his
20  official capacity; BRENDA LARSEN-
    MITCHELL, in her official capacity; and      **[FIRST REQUEST]**
21  SOUTHERN NEVADA PUBLIC
    TELEVISION, a Nevada nonprofit corporation,
22
                   Defendants.
23

24

25        Plaintiff TERRY CHI ("Plaintiff"), and Defendants CLARK COUNTY SCHOOL

26  DISTRICT ("CCSD"), MARY "MARE" MAZUR, CEDRIC COLE and BRENDA LARSEN-

27  MITCHELL (collectively "Defendants") (together, the "Parties"), by and through their undersigned

28  counsel, hereby agree and stipulate to extend the time for Defendants to file their responses to

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV  89169.5937
702.862.8800

1   Plaintiff's Complaint from the current deadlines of December 6, 2024 for CCSD and Ms. Larsen-

2   Mitchell and December 10, 2024 for Ms. Mazur and Mr. Cole to **January 10, 2025**.

3        The requested extension is necessary in light of the fact that Defendants' counsel was

4   recently retained.   The additional time will allow defense counsel to conduct a complete

5   investigation into the allegations and to prepare responses to the Complaint.   The Parties also agree

6   the extension is warranted due to the parties and their counsel's holiday schedules.   This is the first

7   request for an extension of time to respond to Plaintiff's Complaint and is made in good faith and

8   not for the purpose of undue delay.

9

10  Dated: December 4, 2024                    December 4, 2024

11    Respectfully submitted,                  Respectfully submitted,

12

13  /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq.                   Ethan D. Thomas, Esq.
14  LAW OFFICES OF ROBERT P. SPRETNAK          Diana G. Dickinson, Esq.
                                               Luke W. Molleck, Esq.
15  Attorney for Plaintiff                     LITTLER MENDELSON, P.C.
    TERRY CHI
16                                             Attorneys for Defendants
                                               CLARK COUNTY SCHOOL DISTRICT,
17                                             MARY "MARE" MAZUR, CEDRIC COLE,
                                               AND BRENDA LARSEN-MITCHELL

18                                             **IT IS SO ORDERED.**

19

20                                             Dated: December 5, 2024

21

22                                             _____
                                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

LITTLER MENDELSON P.C.
3960 HOWARD HUGHES
PARKWAY
SUITE 300
LAS VEGAS, NV  89169.5937
702.862.8800