Paul Larsen, Esq.
Nevada Bar No. 3756
**BLACK & WADHAMS**
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
Telephone: (702) 869-8801
plarsen@blackwadhams.law
*Attorney for Defendant Southern Nevada Public Television*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI,<br><br>              Plaintiffs,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation,<br><br>              Defendants. | Case No.: 2:24-cv-02014-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS SOUTHERN NEVADA PUBLIC TELEVISION TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUERST]** |

       Plaintiff TERRY CHI ("Plaintiff"), by and through its attorney of record Robert P. Spretnak, Esq. of LAW OFFICES OF ROBERT P. SPRETNAK and Defendants SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada non profit corporation ("SNPT"), by and through its attorney of record, Paul E. Larsen, Esq. of Black & Wadhams, hereby agree and stipulate to extend the time for Defendants to file their responses to Plaintiff's Complaint from the current deadline of December 10, 2024 to January 10, 2025.

       The requested extension is necessary in light of the fact that Defendant SNPT's counsel was only recently engaged. The additional time will allow defense counsel to confer with his client in formulating their response(s) to the Plaintiff's Complaint. This is the first request for an

extension of time to respond to Plaintiff's Complaint and is made in good faith and not for the purpose of undue delay.

Dated: December 10, 2024

Respectfully submitted,

*/s/ Paul Larsen*
Paul Larsen, Esq.
Nevada Bar No. 3756
BLACK & WADHAMS
10777 W. Twain Ave., Suite 300
Las Vegas, NV 89135
plarsen@blackwadhams.law
*Attorneys for Defendant Southern Nevada Public Television*

Dated: December 10, 2024

Respectfully submitted,

*/s/ Robert P. Spretnak*
Robert P. Spretnak, Esq.
Nevada Bar No. 5135
LAW OFFICES OF ROBERT P. SPRETNAK
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
bob@spretnak.com
*Attorney for Plaintiff Terry Chi*

**IT IS SO ORDERED.**

DATED: December 11, 2024

_____
UNITED STATES MAGISTRATE JUDGE