LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff Terry Chi

LITTLER MENDELSON, P.C.
Ethan D. Thomas, Esq. (Bar No. 12874)
Diana G. Dickinson, Esq. (Bar No. 13477)
Luke W. Molleck, Esq. (Bar No. 14405)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: 702-862-8800
Fax: 702-862-8811
Email: edthomas@littler.com
       ddickinson@littler.com
       lmolleck@littler.com
Attorneys for Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

BLACK & WADHAMS
Rusty Graf, Esq. (Bar No. 6322)
Paul E. Larsen, Esq. (Bar No. 3756)
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: 702-869-8801
Fax: 702-869-2669
Email: rgraf@blackwadhams.com
       plarsen@blackwadhams.com
Attorneys for Defendant Southern Nevada Public Television

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants | Case No.: 2:24-cv-02014-CDS-BNW<br><br>**Order Approving Stipulation to Extend Briefing Schedule**<br><br>[ECF No. 27] |

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 5

Plaintiff TERRY CHI, by and through her attorney Robert P. Spretnak, Esq.; Defendants CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; and BRENDA LARSEN-MITCHELL, in her official capacity, by and through their attorneys Ethan D. Thomas, Esq., Diana G. Dickinson, Esq., and Luke W. Molleck, Esq.; and Defendant SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation, by and through its attorneys Rusty Graf, Esq., and Paul E. Larsen, Esq.; do hereby stipulate and agree to extend the deadline for Plaintiff TERRY CHI to file her points and authorities in opposition to the following motions to dismiss: (1) Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell's Partial Motion To Dismiss [ECF No. 22]; and (2) Defendant Southern Nevada Public Television's Motion To Dismiss [ECF No. 24]. The first motion to dismiss, ECF No. 22, was filed on January 10, 2025, and, therefore, pursuant to LR 7-2(b), the current deadline for the opposition to that dispositive motion is **January 24, 2025.** The second motion to dismiss, ECF No. 24, was filed on January 14, 2025, and, therefore, pursuant to LR 7-2(b), the current deadline for the opposition to that dispositive motion is **January 28, 2025**. Ms. Chi asks that the deadline for responding to these two motions to dismiss be extended to **February 28, 2025**. This is the first request to extend the time for filing points and authorities in opposition to these motions to dismiss.

There is good cause for this extension.

In the period of since the first of these two motions was filed, the work schedule for the attorney for Ms. Chi has been completely filled. Ms. Chi's attorney is a solo practitioner. He has had to attend two full-day depositions. He has had to review due of a substantial number of documents retrieved from a client cell phone, which must reviewed carefully for privilege and relevance, in a matter pending in the Clark County District Court. He has two mediations this week: (1) an Early Neutral Evaluation in the matter of *Marsadie Lewis v. Uzma Zafar, MD, P.C.*, Case No. 2:24-cv-00001-JCM-EJY, scheduled for January 23, 2025; and (2) an Inmate Early Mediation, for

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

which Mr. Spretnak is the court-appointed mediator, in the matter of *Thomas Rios v. Officer Griffen*, Case No. 2:24-CV-01184-APG-BNW, set for January 24, 2025. Ms. Chi's counsel has two court complaints, and one non-dispositive motion, that must be filed before the end of this month. Also, in a related matter pending in the Clark County District Court, counsel must file oppositions to three other dispositive motions recently filed in the matter of *Terry Chi v. Mary "Mare" Mazur; Debra Solt; Douglas Bradford; Michele Kane; and Sun City Anthem Community Association, Inc., a Nevada non-profit corporation*, Case No. A-24-901963-C, for which extensions of time also are being sought.

The length of time for the extension is further necessitated by the fact that counsel for Ms. Chi is scheduled to be on vacation, out of the country, from January 28, 2025, to February 11, 2025, for a trip that has been postponed once and cannot be postponed or cancelled without incurring a substantial expense.

Moreover, counsel has been generous with extending deadlines for the defendants in this case as well as to the defendants in the related case pending in the Clark County District:

1. Defendant Clark County School District was served on November 15, 2024. *See* Affidavit of Service, ECF No. 10. Pursuant to the Stipulation To Extend Time For Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole And Brenda Larsen-Mitchell To File Responses To Plaintiff's Complaint, ECF. No. 16, the response deadline for this defendant was extended from December 6, 2024, to January 10, 2025.

2. Defendant Brenda Larsen-Mitchell was served on November 15, 2024. *See* Affidavit of Service, ECF No. 11. Pursuant to ECF No. 16, the response deadline for this defendant was extended from December 6, 2024, to January 10, 2025.

3. Defendant Cedric Cole was served on November 19, 2024. *See* Affidavit of Service, ECF No. 13. Pursuant to ECF No. 16, the response deadline for this defendant was extended from December 10, 2024, to January 10, 2025.

4. Defendant Mary "Mare" Mazur was served on November 19, 2024. *See* Affidavit of Service, ECF No. 14. Pursuant to ECF No. 16, the response deadline for this defendant was extended from December 10, 2024, to January 10, 2025.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 5

5. Defendant Southern Nevada Public Television was served on November 19, 2024. *See* Affidavit of Service, ECF No. 12.  Pursuant to the Stipulation To Extend Time For Defendant Southern Nevada Public Television To File Response To Plaintiff's Complaint, ECF. No. 18, the response deadline for this defendant was extended from December 10, 2024, to January 10, 2025.

Therefore, for the reasons set forth above, Plaintiff Terry Chi asks for an extension of time to file her points and authorities in opposition to the two pending motions to dismiss.

Moreover, the parties further stipulate that defendants shall have an additional two weeks to file their respective reply briefs.  Under LR 7-2(b), reply briefs ordinarily would be seven days after the filing of an opposition brief.  Thus, in light of the aforementioned extension for Plaintiff Terry Chi to file her points and authorities in opposition to the two pending motions to dismiss, any reply brief in support of either motion would be due on March 7, 2025.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 5

1  The parties agree that the defendants have until March 21, 2025, to file their respective reply
2  briefs in support of their motions to dismiss.

4  DATED: January 22, 2025.  DATED: January 22, 2025.

5  LAW OFFICES OF ROBERT P. SPRETNAK  LITTLER MENDELSON, P.C.

6  By: /s/ Robert P. Spretnak  By: /s/ Luke W. Molleck
     Robert P. Spretnak, Esq. (Bar No. 5135)       Ethan D. Thomas, Esq. (Bar No. 12874)
     Diana G. Dickinson, Esq. (Bar No. 13477)
     Luke W. Molleck, Esq. (Bar No. 14405)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937

Attorney for Plaintiff Terry Chi

Attorneys for Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

DATED: January 22, 2025.

BLACK & WADHAMS

By: /s/ Paul E. Larsen
     Rusty Graf, Esq. (Bar No. 6322)
     Paul E. Larsen, Esq. (Bar No. 3756)

10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135

Attorneys for Defendant Southern Nevada Public Television

21  Based on the parties' stipulation, the deadline for plaintiff to respond to the motions to
22  dismiss is extended to February 28, 2025; and the defendants have until March 21, 2025, to
23  file their respective reply briefs in support of their motions to dismiss.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2025

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 5 of 5