LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff Terry Chi

LITTLER MENDELSON, P.C.
Ethan D. Thomas, Esq. (Bar No. 12874)
Diana G. Dickinson, Esq. (Bar No. 13477)
Luke W. Molleck, Esq. (Bar No. 14405)
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937
Telephone: 702-862-8800
Fax: 702-862-8811
Email: edthomas@littler.com
        ddickinson@littler.com
        lmolleck@littler.com
Attorneys for Defendants Clark County School District, Mary "Mare" Mazur,
Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

BLACK & WADHAMS
Rusty Graf, Esq. (Bar No. 6322)
Paul E. Larsen, Esq. (Bar No. 3756)
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: 702-869-8801
Fax: 702-869-2669
Email: rgraf@blackwadhams.com
        plarsen@blackwadhams.com
Attorneys for Defendant Southern Nevada Public Television

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI, | Case No.: 2:24-cv-02014-CDS-BNW |
| Plaintiff, | |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity;  JESUS JARA, in his official capacity;  BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation, | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 5

1
2

Defendants.                    )
_____)

3

### SPECIAL SCHEDULING REVIEW REQUESTED

4

    Plaintiff TERRY CHI, by and through her attorney Robert P. Spretnak, Esq.; Defendants

5

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY

6

"MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his

7

official capacity and in his individual capacity;  JESUS JARA, in his official capacity;  and

8

BRENDA LARSEN-MITCHELL, in her official capacity, by and through their attorneys Ethan D.

9

Thomas, Esq., Diana G. Dickinson, Esq., and Luke W. Molleck, Esq.;  and Defendant SOUTHERN

10

NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation, by and through its attorneys

11

Rusty Graf, Esq., and Paul E. Larsen, Esq.; participated in the meeting required under Fed. R. Civ.

12

P. 26(f), held on **February 13, 2025.**  Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b), the parties

13

stipulate to the following discovery plan and scheduling order:

14

    1.    The initial disclosures to be made pursuant to Fed. R. Civ. P. 26(a)(1) shall be made

15

by **February 27, 2025**, two weeks after the date that the parties held their initial meeting pursuant

16

to Fed. R. Civ. P. 26(f).

17

    2.    Unless otherwise limited by subsequent stipulations, the parties shall be allowed to

18

conduct discovery to the full extent permitted under the Federal Rules of Civil Procedure.

19

    3.    The attorneys of record in this matter are registered for electronic filing with this

20

Court.  Any documents electronically filed with this Court are deemed to be sufficiently served on

21

the other party as of the date that the document is electronically filed with this Court.

22

    Pursuant to LR 26-1(b), the parties do hereby additionally stipulate to the following discovery

23

plan and scheduling order:

24

    1.    Discovery Cut-Off Date:  **October 27, 2025**, which is 270 days from January 10,

25

2025, the date of the initial appearances being filed on behalf of each defendant, which would be

26

Defendant Southern Nevada Public Television's Answer to Complaint (ECF No. 20) and Defendants

27

Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-

28

Mitchell's Partial Motion To Dismiss (ECF No. 22).

THE  LAW  OFFICES  OF
ROBERT P. SPRETNAK
A  PROFESSIONAL  CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89143

Page 2 of 5

a.      The reason for the extended discovery period being requested is the complexity of this matter.  Plaintiff pled 16 separate claims for relief in her complaint.  Most, although not all, of these claims are the subjects of pending motions to dismiss.  *See* Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell's Partial Motion To Dismiss, ECF No. 22;  Defendant Southern Nevada Public Television's Joinder To Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell's Partial Motion To Dismiss, ECF No. 23;  and Defendant Southern Nevada Public Television's Motion To Dismiss, ECF No. 24.  Plaintiff named six defendants, one of which has separate legal counsel from the other named defendants.  The complaint is 47 pages, not including exhibits, and 267 separately numbered paragraphs.  Due to the complexity of this matter as pled, and due to the pending dispositive motions, the parties are in agreement that the additional discovery period is warranted at this time.

b.      This is the only deadline set forth herein that is beyond the standard discovery deadlines.

c.      Any stipulations or motions to extend the discovery period shall be filed no later than **October 6, 2025**, 21 days prior to the scheduled discovery cut-off, as required by LR 26-4. Any stipulations or motions to extend any other deadlines set forth below shall be filed no later than 21 days prior to the applicable deadline set forth below.

2.      Amending the Pleadings and Adding Parties:  All motions to amend the pleadings or to add parties shall be filed not later than **July 29, 2025**, 90 days prior to the scheduled close of discovery.

3.      Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):  Disclosures concerning experts shall be made by **August 28, 2025,** 60 days before the close of discovery.  Disclosures respecting rebuttal experts shall be made by **September 29, 2025**, 30 days after the initial disclosure of experts.

4.      Dispositive Motions:  The date for filing dispositive motions shall be not later than **November 26, 2025**, 30 days after the discovery cut-off date.  In the event that the discovery period is extended from the discovery cut-off date set forth in this Stipulated Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended for the same duration,

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 5

1    to be not later than 30 days from the subsequent discovery cut-off date.

2        5.     <u>Pretrial Order</u>:   The date for filing the joint pretrial order shall be not later than

3    **December 26, 2025**, 30 days after the date set for filing dispositive motions.   In the event that

4    dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30

5    days after decision on the dispositive motions or until further order of the court.

6        6.     <u>Fed. R. Civ. P. 26(a)(3) Disclosures</u>:   The disclosures required by Fed. R. Civ. P.

7    26(a)(3), and any objections thereto, shall be included in the pretrial order.

8        7.     <u>Alternative Dispute Resolution</u>: The parties certify that they met and conferred about

9    the possibility of using alternative dispute-resolution processes including mediation, arbitration, and

10    early neutral evaluation.   The parties agree that this matter is appropriate for an early neutral

11    evaluation ("ENE") conference.   However, nothing in this paragraph should be construed as affecting

12    the pending motion filed on behalf of Defendants Jesus Jara and Brenda Larsen-Mitchell (ECF No.

13    29) to be excused from personally attending the upcoming ENE scheduled for March 11, 2025.

14        8.     <u>Alternative Forms of Case Disposition</u>:   The parties certify that they considered

15    consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, and to the use

16    of the Short Trial Program (General Order 2013-01).   The parties did not agree to consent to trial by

17    magistrate judge or to the use of the Short Trial Program.

18    ////

19    ////

20    ////

21    ////

22    ////

23    ////

24    ////

25    ////

26    ////

27    ////

28    ////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 5

9.  <u>Electronic Evidence</u>:  The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations.  The parties have agreed to produce electronically-stored evidence in either paper or .pdf format, absent a showing of good cause for such evidence to be produced in native format.

DATED:  February 25, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorney for Plaintiff Terry Chi

DATED:  February 25, 2025.

LITTLER MENDELSON, P.C.

By: /s/ Luke W. Molleck
    Ethan D. Thomas, Esq. (Bar No. 12874)
    Diana G. Dickinson, Esq. (Bar No. 13477)
    Luke W. Molleck, Esq. (Bar No. 14405)

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937

Attorneys for Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

DATED:  February 25, 2025.

BLACK & WADHAMS

By: /s/ Paul E. Larsen
    Rusty Graf, Esq. (Bar No. 6322)
    Paul E. Larsen, Esq. (Bar No. 3756)

10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135

Attorneys for Defendant Southern Nevada Public Television

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  February 26, 2025

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 5 of 5