```
 1  LAW OFFICES OF ROBERT P. SPRETNAK
    Robert P. Spretnak, Esq. (Bar No. 5135)
 2  8275 S. Eastern Avenue, Suite 200
    Las Vegas, Nevada 89123
 3  Telephone: 702-454-4900
    Fax: 702-938-1055
 4  Email: bob @ spretnak.com
    Attorney for Plaintiff Terry Chi
 5
    LITTLER MENDELSON, P.C.
 6  Ethan D. Thomas, Esq. (Bar No. 12874)
    Diana G. Dickinson, Esq. (Bar No. 13477)
 7  Luke W. Molleck, Esq. (Bar No. 14405)
    3960 Howard Hughes Parkway, Suite 300
 8  Las Vegas, Nevada 89169-5937
    Telephone: 702-862-8800
 9  Fax: 702-862-8811
    Email: edthomas@littler.com
10         ddickinson@littler.com
           lmolleck@littler.com
11  Attorneys for Defendants Clark County School District, Mary "Mare" Mazur,
    Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell
12
    BLACK & WADHAMS
13  Rusty Graf, Esq. (Bar No. 6322)
    Paul E. Larsen, Esq. (Bar No. 3756)
14  10777 W. Twain Avenue, Suite 300
    Las Vegas, Nevada 89135
15  Telephone: 702-869-8801
    Fax: 702-869-2669
16  Email: rgraf@blackwadhams.com
           plarsen@blackwadhams.com
17  Attorneys for Defendant Southern Nevada Public Television
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI,<br><br>        Plaintiff<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION,<br><br>        Defendants | Case No.: 2:24-cv-02014-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO THE FOLLOWING MOTIONS TO DISMISS:**<br>**(1) DEFENDANTS CLARK COUNTY SCHOOL DISTRICT, MARY "MARE" MAZUR, CEDRIC COLE, JESUS JARA, AND BRENDA LARSEN-MITCHELL'S PARTIAL MOTION TO DISMISS [ECF No. 22]; and (2) DEFENDANT SOUTHERN NEVADA PUBLIC TELEVISION'S MOTION TO DISMISS [ECF No. 24] (SECOND REQUEST)**<br><br>[ECF No. 36] |

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Plaintiff TERRY CHI, by and through her attorney Robert P. Spretnak, Esq.; Defendants CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; and BRENDA LARSEN-MITCHELL, in her official capacity, by and through their attorneys Ethan D. Thomas, Esq., Diana G. Dickinson, Esq., and Luke W. Molleck, Esq.; and Defendant SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation, by and through its attorneys Rusty Graf, Esq., and Paul E. Larsen, Esq.; do hereby stipulate and agree to extend the deadline for Plaintiff TERRY CHI to file her points and authorities in opposition to the following motions to dismiss: (1) Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell's Partial Motion To Dismiss [ECF No. 22]; and (2) Defendant Southern Nevada Public Television's Motion To Dismiss [ECF No. 24] for an additional 17 days, to **March 17, 2025**. This is the second request to extend the time for filing points and authorities in opposition to these motions to dismiss. The first motion to dismiss, ECF No. 22, was filed on January 10, 2025, and, therefore, pursuant to LR 7-2(b), the original deadline for the opposition to that dispositive motion was **January 24, 2025.** The second motion to dismiss, ECF No. 24, was filed on January 14, 2025, and, therefore, pursuant to LR 7-2(b), the original deadline for the opposition to that dispositive motion was **January 28, 2025**. By prior Stipulation and Order, as approved by this Court, ECF No. 28, these deadlines were extended to **February 28, 2025.**

There is good cause for this additional extension.

In the period of since the original deadlines for filing these motions, the schedule for the attorney for Ms. Chi has been completely filled. Ms. Chi's attorney is a solo practitioner. He was on a scheduled vacation, outside the United States, from January 28, 2025, to February 11, 2025. Upon his return two weeks ago, he prepared and filed oppositions to three dispositive motions in a related case pending in the Clark County District Court, *Terry Chi v. Mary "Mare" Mazur, an individual; Debra Solt, an individual; Douglas Bradford, an individual; Michele Kane, an*

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 4

1  *individual; and Sun City Anthem Community Association, Inc., a Nevada non-profit corporation,*
2  Case No. A-24-901963-C. He also attended a deposition in another matter. He has to prepare Early
3  Neutral Evaluation settlement conference statements in two matters pending before this Court,
4  including this case. He has to prepare initial disclosures in this matter prior to the upcoming
5  settlement, which will involve the review and processing of a substantial amount of documentation
6  as part of that process. Thus, counsel has maintained a very full schedule in the period of time
7  covered by the first extension request.

8        Counsel is asking for an additional 17 days, to March 17, 2025, because he will be out of the
9  office the week of March 3, 2025. The following week, the week of March 10, 2025, counsel has
10 two settlement conferences and another settlement conference statement due.

11       The length of time for the extension is further necessitated by the fact that counsel for Ms.
12 Chi is scheduled to be on vacation, out of the country, from January 28, 2025, to February 11, 2025,
13 for a trip that has been postponed once and cannot be postponed or cancelled without incurring a
14 substantial expense.

15       Therefore, for the reasons set forth above, Plaintiff Terry Chi asks for an extension of time
16 to file her points and authorities in opposition to the two pending motions to dismiss in this matter
17 before this Court.

18       Moreover, the parties further stipulate that defendants shall have an additional two weeks to
19 file their respective reply briefs. This is necessitated by the complexity of this matter, specifically
20 in terms of the number of claims at issue, and due to the work schedules of the counsels of record
21 for the defendants. Under LR 7-2(b), reply briefs ordinarily would be seven days after the filing of
22 an opposition brief. In light of the aforementioned extension for Plaintiff Terry Chi to file her points
23 and authorities in opposition to the two pending motions to dismiss, any reply brief in support of
24 either motion would be on March 24, 2025, by operation of LR 7-2(b).
25 . . . .
26 . . . .
27 . . . .
28 . . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

1 | The parties agree that the defendants have until April 7, 2025, to file their respective reply
2 | briefs in support of their motions to dismiss.

4 | DATED: February 27, 2025.

5 | LAW OFFICES OF ROBERT P. SPRETNAK

6 | By: /s/ Robert P. Spretnak
      Robert P. Spretnak, Esq. (Bar No. 5135)

7 | 8275 S. Eastern Avenue, Suite 200
8 | Las Vegas, Nevada 89123

9 | Attorney for Plaintiff Terry Chi

DATED: February 27, 2025.

LITTLER MENDELSON, P.C.

By: /s/ Diana G. Dickinson
    Ethan D. Thomas, Esq. (Bar No. 12874)
    Diana G. Dickinson, Esq. (Bar No. 13477)
    Luke W. Molleck, Esq. (Bar No. 14405)

3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169-5937

Attorneys for Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

DATED: February 27, 2025.

By: /s/ Paul E. Larsen
    Rusty Graf, Esq. (Bar No. 6322)
    Paul E. Larsen, Esq. (Bar No. 3756)

10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135

Attorneys for Defendant Southern Nevada Public Television

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 3, 2025

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 4