Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV  89113.4770
Telephone:    702.862.8800
Fax No.:        702.862.8811
edthomas@littler.com
ddickinson@littler.com

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT, MARY "MARE" MAZUR, CEDRIC COLE, JESUS JARA, AND BRENDA LARSEN-MITCHELL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI,<br><br>            Plaintiff,<br><br>     vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation,<br><br>            Defendants. | Case No. 2:24-cv-02014-CDS-BNW<br><br>**STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Plaintiff TERRY CHI ("Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT ("CCSD"), MARY "MARE" MAZUR, CEDRIC COLE, JESUS JARA, BRENDA LARSEN-MITCHELL, and SOUTHERN NEVADA PUBLIC TELEVISION ("SNPT") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate to amend the Stipulated Discovery Plan and Scheduling Order (ECF No. 35) by extending the discovery deadlines for a period of sixty (60) days.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

This is the first request for an extension to the Stipulated Discovery Plan and Scheduling Order in this matter. The requested extension is sought in good faith and not for purposes of undue delay. This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

I. **DISCOVERY COMPLETED**

On December 11, 2024, CCSD submitted a Freedom of Information Act ("FOIA") request to the U.S. Equal Employment Opportunity Commission regarding files regarding Plaintiff's Charge of Discrimination in connection with this litigation. On December 11, 2024, the U.S. Equal Employment Opportunity Commission denied the FOIA request and gave CCSD 90 days to appeal the denial. On February 14, 2025, CCSD appealed the denial of its FOIA request. On April 7, 2025, CCSD received a response to its FOIA request.

On February 27, 2025, SNPT served its Initial Disclosures.

On February 27, 2025, Plaintiff served her Initial Disclosures and identified 40 people with knowledge of material facts. On July 21, 2025, Plaintiff served a supplement to her Initial Disclosures and produced 874 pages of documents and 7 audio recordings.

On February 27, 2025, CCSD, Ms. Mazur, Mr. Cole, Mr. Jara, and Ms. Larsen-Mitchell served their Initial Disclosures, identifying 3 individuals likely to have discoverable information and producing 122 pages of documents. On August 4, 2025, CCSD, Ms. Mazur, Mr. Cole, Mr. Jara, and Ms. Larsen-Mitchell served a supplement to their Initial Disclosures and produced 50 additional pages of documents.

On August 5, 2025, CCSD propounded its First Set of Interrogatories and Requests for Production to Plaintiff.

II. **DISCOVERY THAT REMAINS TO BE COMPLETED**

Defendants CCSD, Ms. Mazur, Mr. Cole, Mr. Jara, and Ms. Larsen-Mitchell intend to serve third party subpoenas but cannot do so until Plaintiff executes the necessary authorizations and responds to discovery requests. Defendants CCSD, Ms. Mazur, Mr. Cole, Mr. Jara, and Ms. Larsen-Mitchell will further require the subpoenaed records before it can evaluate whether expert discovery is warranted. Defendants will take Plaintiff's deposition together with any percipient

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2

witnesses. Plaintiff also intends to take depositions.

### III.   REASON FOR EXTENSION TO COMPLETE DISCOVERY

This extension is necessary to allow the Parties ample time to complete all appropriate discovery. Specifically, the expert disclosure deadline is currently on October 27, 2025, however additional time is needed to receive and review discovery responses and send and receive responses to third-party subpoenas before it can be determined whether expert discovery is warranted in this case such that it would not be feasible to do so with the current deadline of October 27, 2025. Further, this is the second lawsuit Plaintiff filed against Ms. Mazur regarding alleged incidents that occurred during Plaintiff's time at Vegas PBS. *See Chi v. Mazur et al.*, Case No. A-24-901963-C.[1] Plaintiff's second case pending in the Eighth Judicial District Court involves 5 defendants (including Ms. Mazur) and, after several months of motion practice, the parties in that action are in the process of finalizing a global settlement to resolve all claims, dismiss the state court action with prejudice, and dismiss the claims in this case against Ms. Mazur in her individual capacity. As such, because counsel for Plaintiff and Ms. Mazur have been engaged in ongoing settlement discussions since April 2025, they were waiting to see how the settlement of the state court case impacted this case before engaging in the expense of possible expert discovery. Finally, the Parties anticipate needing additional time to take depositions and conduct additional third-party discovery. The Parties believe that, absent any unforeseen circumstances, all necessary discovery can be accomplished by the requested extended deadline. Good cause exists to extend all deadlines in order to permit the parties to achieve their respective stated discovery goals.

### IV.   PROPOSED REVISED DISCOVERY PLAN

1. <u>Discovery Cut-Off Deadline</u>

The Parties' current deadline for completing discovery is October 27, 2025. The Parties request that the Court extend that deadline <u>December 26, 2025</u>.

2. <u>Expert Disclosures Deadline</u>

---

[1] The undersigned also represent Ms. Mazur in the state court action *Chi v. Mazur et al.*, Case No. A-24-901963-C.

3

The Parties' current deadline for filing expert disclosures is August 28, 2025. The Parties request that the Court extend that deadline to <u>October 27 2025</u>. The Parties' current deadline for filing rebuttal expert disclosures is September 29, 2025. The Parties request that the Court extend that deadline to <u>November 28, 2025</u>.

3. <u>Dispositive Motions Deadline</u>

The Parties' current deadline for filing dispositive motions is November 26, 2025. The Parties request that the Court extend that deadline to <u>January 26, 2026</u>.[2]

4. <u>Joint Pretrial Order Deadline</u>

The Parties' current deadline for filing the Joint Pretrial Order is December 26, 2025. The Parties request that the Court extend that deadline to <u>February 24, 2026</u>. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after the Court enters a ruling on the dispositive motions or otherwise by further order of the Court.

5. <u>Extensions or Modification of the Discovery Plan and Scheduling Order</u>

In accordance with Local Rule 26-3, any stipulation or motion for modification or extension of this discovery plan and scheduling order must be made at least twenty-one (21) days prior to the expiration of the subject deadline.

Accordingly, the Parties stipulate, subject to approval of this Court, to the following new proposed deadlines:

|  | Current Deadline | **Revised Deadline** |
|---|---|---|
| Discovery Cut-Off | October 27, 2025 | **December 26, 2025** |
| Expert Disclosure | August 28, 2025 | **October 27, 2025** |
| Rebuttal Expert Disclosure | September 29, 2025 | **November 28, 2025** |
| Dispositive Motions | November 26, 2025 | **January 26, 2026** |
| Joint Pretrial Order | December 26, 2025 | **February 25, 2026** |

///

---

[2] Deadline falls on Sunday, moved to Monday.

4

The instant request is made in good faith and not for the purpose of delay.

Dated: August 6, 2025

Respectfully submitted,

*/s/ Robert P. Spretnak*
Robert P. Spretnak, Esq.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
TERRY CHI

Dated: August 6, 2025

Respectfully submitted,

*/s/ Paul Larsen*
Rusty Graf, Esq.
Paul Larsen, Esq.
BLACK & WADHAMS

Attorney for Defendant
SOUTHERN NEVADA PUBLIC TELEVISION

Dated: August 6, 2025

Respectfully submitted,

*/s/ Diana G. Dickinson*
Ethan D. Thomas, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
MARY "MARE" MAZUR, CEDRIC COLE,
AND BRENDA LARSEN-MITCHELL

**IT IS SO ORDERED.**

Dated: August 8, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

5

4934-5408-1881