Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV  89113.4770
Telephone:    702.862.8800
Fax No.:       702.862.8811
edthomas@littler.com
ddickinson@littler.com

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT, MARY
"MARE" MAZUR, CEDRIC COLE, JESUS JARA,
AND BRENDA LARSEN-MITCHELL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY CHI,<br><br>             Plaintiff,<br><br>     vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation,<br><br>             Defendants. | Case No. 2:24-cv-02014-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO THE COMPLAINT;**<br><br>**SET DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT; AND**<br><br>**EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO THE AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff TERRY CHI ("Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT ("CCSD"), MARY "MARE" MAZUR, CEDRIC COLE, JESUS JARA, and BRENDA LARSEN-MITCHELL (collectively "Defendants") (together, the "Parties"), by and through their undersigned counsel, hereby file this Stipulation to Extend Time for Defendants to File an Answer to the Complaint, Set Deadline for Plaintiff to File an Amended Complaint, and Extend Time for

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

Defendants to File a Response to the Amended Complaint.[1]  The instant request is made in good faith and not for the purpose of delay.

**STIPULATION TO EXTEND TIME FOR ANSWER**

On August 6, 2025, the Court granted in part and denied in part the Motion to Dismiss filed by CCSD, Mazur, Cole, Jara and Larsen-Mitchell, granted SNPT's Joinder, and denied as moot SNPT's Motion to Dismiss.  ECF No. 44.  Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants CCSD and Mazur currently have until August 20, 2025, to file an Answer as to the remaining claims in Plaintiff's Complaint.  However, because Plaintiff intends to file an Amended Complaint, the Parties stipulate that the deadline for CCSD and Mazur to file an Answer on the remaining claims be extended by two weeks, from August 20, 2025, to September 3, 2025.[2]  The requested extension is warranted given the Parties' attempt to streamline this litigation and avoid filing an unnecessary answer given the forthcoming Amended Complaint.  This is the first request for an extension of this deadline.

**STIPULATION TO SET DEADLINE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**

The Court's August 6, 2025 Order dismissed without prejudice several of Plaintiff's claims "with leave to amend."  Plaintiff's counsel has represented to Defendants that Plaintiff intends to file an Amended Complaint in an attempt to address the deficiencies noted by the Court for some of the claims that the Court explicitly stated that Plaintiff has leave to amend.  Accordingly, the Parties stipulate that the deadline for Plaintiff to file an Amended Complaint shall be August 22, 2025.

The remaining Parties reserve all rights to respond to the Amended Complaint, including filing another Motion to Dismiss should Plaintiff not sufficiently address the deficiencies in the

---

[1] Plaintiff asserted a singular claim against Defendant Southern Nevada Public Television ("SNPT") for unlawful conspiracy to deny civil rights, the Thirteenth Claim for Relief.  Because this claim was dismissed without prejudice pursuant on the Court's August 5, 2025 Order (ECF No. 44), SNPT in not currently a party in the case as there are no active claims asserted against it.  Accordingly, this Stipulation is proper under Local Rule 7-1 as all parties have joined this Stipulation.

[2] Once Plaintiff files an Amended Complaint, the Amended Complaint will supersede the original pleading, and the deadline to file an answer to the original Complaint will become moot.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2

Court's August 6, 2025 Order. Nothing in this stipulation is intended to or will be construed as an admission by Defendants that the claims in the forthcoming Amended Complaint have merit or that Defendants bear any liability to Plaintiff. This stipulation is without waiver of any of the Defendants' defenses.

### STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE A RESPONSE TO THE AMENDED COMPLAINT

The Parties also stipulate to extend the time for any remaining Defendants named in the Amended Complaint to file their responses to Plaintiff's Amended Complaint be extended by three weeks to September 26, 2025. The requested extension is necessary to allow defense counsel to conduct a complete investigation into the new allegations in the Amended Complaint and prepare a response thereto. The additional time is also warranted due to defense counsel's preplanned vacation and because counsel for Plaintiff and for CCSD, Mazur, Cole, and Larsen-Mitchell are finalizing a settlement of a related case filed by Plaintiff in the Eighth Judicial District Court (Case No. A-24-901963-C) that involves a release of claims against Mazur in her individual capacity in this case.

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

3

This is the first request for an extension of time to respond to Plaintiff's Amended Complaint and is made in good faith and not for the purpose of undue delay.

Dated: August 18, 2025

Respectfully submitted,

*/s/ Robert P. Spretnak*
Robert P. Spretnak, Esq.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
TERRY CHI

Dated: August 18, 2025

Respectfully submitted,

*/s/ Diana G. Dickinson*
Ethan D. Thomas, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT,
MARY "MARE" MAZUR, CEDRIC COLE,
AND BRENDA LARSEN-MITCHELL

**IT IS SO ORDERED.**

Dated: August 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

4

4936-8036-0032