1  Ethan D. Thomas, Esq.
   Nevada Bar No. 12874
2  Diana G. Dickinson, Esq.
   Nevada Bar No. 13477
3  LITTLER MENDELSON, P.C.
   8474 Rozita Lee Avenue
4  Suite 200
   Las Vegas, NV  89113.4770
5  Telephone:   702.862.8800
   Fax No.:       702.862.8811
6  edthomas@littler.com
   ddickinson@littler.com
7
   Attorneys for Defendants
8  CLARK COUNTY SCHOOL DISTRICT, MARY
   "MARE" MAZUR, CEDRIC COLE, JESUS JARA,
9  AND BRENDA LARSEN-MITCHELL

10

                    UNITED STATES DISTRICT COURT
11                      DISTRICT OF NEVADA

12 | TERRY CHI,                              | Case No. 2:24-cv-02014-CDS-BNW
13 |         Plaintiff                        |
14 | v.                                       | STIPULATION TO DISMISS WITH
                                              | PREJUDICE CLAIMS AGAINST
15 | CLARK COUNTY SCHOOL DISTRICT, a          | DEFENDANT MARY "MARE" MAZUR
     political subdivision of the State of Nevada; | IN HER INDIVIDUAL CAPACTIY
16   MARY "MARE" MAZUR, in her official
     capacity and in her individual capacity;    | [ECF No. 50]
17   CEDRIC COLE, in his official capacity and in
     his individual capacity; JESUS JARA, in his
18   official capacity; BRENDA LARSEN-
     MITCHELL, in her official capacity; and
19   SOUTHERN NEVADA PUBLIC
     TELEVISION, a Nevada nonprofit corporation,
20
21          Defendants

22         Plaintiff TERRY CHI ("Plaintiff") and Defendant MARY "MARE" MAZUR ("Defendant

23 Mazur") (together, the "Parties"), by and through their undersigned counsel, hereby agree and

24 stipulate to dismiss with prejudice the claims against Defendant Mazur in her individual capacity

25 including:

26    • 11th cause of action for civil rights violation under 42 USC § 1983 (denial of a
         protected liberty interest);
27
      • 12th cause of action for civil rights under 42 USC § 1983 (interference with first
28       amendment rights);

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

- 13th cause of action for unlawful conspiracy to deny civil rights; and
- 14th cause of action for intentional infliction of emotional distress.

Plaintiff and Defendant Mazur shall each bear their own costs and fees for the claims dismissed by this Stipulation and Order.

Accordingly, the Parties respectfully request the Court grant this Stipulation and dismiss with prejudice the claims against Defendant Mazur in her individual capacity. As a result of this Stipulation, there are no remaining claims against Defendant Mazur.[1] Defendant Mazur shall be therefore terminated as a defendant from this action.

Dated: September 10, 2025

Respectfully submitted,

/s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
LAW OFFICES OF ROBERT P. SPRETNAK

Attorney for Plaintiff
TERRY CHI

September 10, 2025

Respectfully submitted,

/s/ Diana G. Dickinson
Ethan D. Thomas, Esq.
Diana G. Dickinson, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT, MARY "MARE" MAZUR, CEDRIC COLE, JESUS JARA, AND BRENDA LARSEN-MITCHELL

Based on the parties' stipulation, Mary "Mare" Mazur is dismissed with prejudice, with each party to bear its own costs and fees.

UNITED STATES DISTRICT JUDGE
Dated: September 10, 2025

---

[1] The claims against Defendant Mazur in her official capacity were dismissed on August 5, 2025. ECF No. 44 (Order Granting Defendant SNPT's Joinder, Granting in Part and Denying in Part Defendants CCSD, Mazur, Cole, Jara, and Larsen-Mitchell's Motion to Dismiss, and Denying as Moot SNPT's Motion to Dismiss). This Stipulation is without waiver of any of the claims Plaintiff originally pled in the Complaint against Defendant Mazur in her official capacity that were dismissed as set forth in the Court's August 5, 2025 Order at ECF No. 44.