LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob @ spretnak.com
Attorney for Plaintiff Terry Chi

LITTLER MENDELSON, P.C.
Ethan D. Thomas, Esq. (Bar No. 12874)
Diana G. Dickinson, Esq. (Bar No. 13477)
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113-4770
Telephone: 702-862-8800
Fax: 702-862-8811
Email: edthomas@littler.com
        ddickinson@littler.com
Attorneys for Defendants Clark County School District, Mary "Mare" Mazur,
Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

BLACK & WADHAMS
Rusty Graf, Esq. (Bar No. 6322)
Paul E. Larsen, Esq. (Bar No. 3756)
10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135
Telephone: 702-869-8801
Fax: 702-869-2669
Email: rgraf@blackwadhams.com
        plarsen@blackwadhams.com
Attorneys for Defendant Southern Nevada Public Television

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation,<br><br>Defendants | Case No.: 2:24-cv-02014-CDS-BNW<br><br>**Order Approving Stipulation**<br><br>[ECF No. 59] |

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 4

**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITIONS TO THE FOLLOWING MOTIONS:**
**(1) DEFENDANT SOUTHERN NEVADA PUBLIC TELEVISION'S MOTION TO DISMISS THIRTEENTH AND SIXTEENTH CLAIMS FOR RELIEF IN FIRST AMENDED COMPLAINT [ECF No. 52];**
**(2) DEFENDANTS CLARK COUNTY SCHOOL DISTRICT AND CEDRIC COLE'S PARTIAL MOTION TO DISMISS AND STRIKE CERTAIN CLAIMS IN THE FIRST AMENDED COMPLAINT [ECF No. 53, Motion to Dismiss]; and**
**(3) DEFENDANTS CLARK COUNTY SCHOOL DISTRICT AND CEDRIC COLE'S PARTIAL MOTION TO DISMISS AND STRIKE CERTAIN CLAIMS IN THE FIRST AMENDED COMPLAINT [ECF No. 54, Motion to Strike]**

**(First Request)**

Plaintiff TERRY CHI, by and through her attorney Robert P. Spretnak, Esq.; Defendants CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada and CEDRIC COLE, in his individual capacity, by and through their attorneys Ethan D. Thomas, Esq., and Diana G. Dickinson, Esq.; and Defendant SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation, by and through its attorneys Rusty Graf, Esq., and Paul E. Larsen, Esq.; do hereby stipulate and agree to extend the deadline for the oppositions and replies to the following dispositive motions:[1]

1. Defendant Southern Nevada Public Television's Motion to Dismiss Thirteenth and Sixteenth Claims for Relief in First Amended Complaint [ECF No. 52];

2. Defendants Clark County School District and Cedric Cole's Partial Motion to Dismiss and Strike Certain Claims in the First Amended Complaint [ECF No. 53, Motion to Dismiss]; and

3. Defendants Clark County School District and Cedric Cole's Partial Motion to Dismiss and Strike Certain Claims in the First Amended Complaint [ECF No. 54, Motion to Strike].

Each of these three dispositive motions were filed on September 26, 2025; therefore, pursuant to LR 7-2(b), the current deadline for filing opposition to each of these three dispositive motion is October 10, 2025, and the parties stipulate to extend the deadlines up to and including

---

[1] Defendants Mary "Mare" Mazur, Jesus Jara, and Brenda Larsen-Mitchell were parties to the original Complaint but are no longer defendants in this action. Ms. Mazur was dismissed as a party pursuant to ECF Nos. 44 and 51. Dr. Jara and Dr. Larsen-Mitchell were dismissed as parties pursuant to ECF No. 44.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 4

1  **October 21, 2025**.  If this extension is approved by the Court, Defendants' replies then would be due
2  on or before October 28, 2021.  See Local Rule 7-2(b).  The parties further stipulate to extend the
3  deadline for Defendants to file their replies up to and including **November 10, 2025**.
4      This is the first request for an extension of time for the parties to file oppositions and replies
5  to Defendant Southern Nevada Public Television's Motion to Dismiss Thirteenth and Sixteenth
6  Claims for Relief in First Amended Complaint  (ECF No. 52) Defendants Clark County School
7  District and Cedric Cole's Partial Motion to Dismiss and Strike Certain Claims in the First Amended
8  Complaint (ECF Nos. 53 and 54).
9      There is good cause for the requested 11-day extensions.  The requested extension is
10  necessary in light of counsels' current workloads.  Counsel for Ms. Chi, a solo practitioner, has been
11  processing a significant amount of material for discovery in other matters, which resulted in
12  insufficient time to respond to these three dispositive motions, covering multiple claims and parties.
13  This is in addition to other time demands, such as a mediation and other court deadlines and filings.
14  Counsel for CCSD and Cole has a work trip out of state that also necessitates an extension of the
15  reply deadlines.
16  . . . .
17  . . . .
18  . . . .
19  . . . .
20  . . . .
21  . . . .
22  . . . .
23  . . . .
24  . . . .
25  . . . .
26  . . . .
27  . . . .
28  . . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 4

This request is made in good faith and not for the purpose of delay. The parties agree that good cause therefore exists for the extensions.

DATED: October 9, 2025.

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Attorney for Plaintiff Terry Chi

DATED: October 9, 2025.

LITTLER MENDELSON, P.C.

By: /s/ Diana G. Dickinson
    Ethan D. Thomas, Esq. (Bar No. 12874)
    Diana G. Dickinson, Esq. (Bar No. 13477)

8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113-4770

Attorneys for Defendants Clark County School District, Mary "Mare" Mazur, Cedric Cole, Jesus Jara, and Brenda Larsen-Mitchell

DATED: October 9, 2025.

BLACK & WADHAMS

By: /s/ Paul E. Larsen
    Rusty Graf, Esq. (Bar No. 6322)
    Paul E. Larsen, Esq. (Bar No. 3756)

10777 W. Twain Avenue, Suite 300
Las Vegas, Nevada 89135

Attorneys for Defendant Southern Nevada Public Television

The parties' stipulation **[ECF No. 59] is approved**, nunc pro tunc to October 21, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 22, 2025

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 4 of 4