Ethan D. Thomas, Esq.
Nevada Bar No. 12874
Diana G. Dickinson, Esq.
Nevada Bar No. 13477
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:      702.862.8800
Fax No.:        702.862.8811
edthomas@littler.com
ddickinson@littler.com

Attorneys for Defendants
CLARK COUNTY SCHOOL DISTRICT AND
CEDRIC COLE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TERRY CHI,<br><br>            Plaintiff,<br><br>      vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MARY "MARE" MAZUR, in her official capacity and in her individual capacity; CEDRIC COLE, in his official capacity and in his individual capacity; JESUS JARA, in his official capacity; BRENDA LARSEN-MITCHELL, in her official capacity; and SOUTHERN NEVADA PUBLIC TELEVISION, a Nevada nonprofit corporation,<br><br>            Defendants. | Case No. 2:24-cv-02014-CDS-BNW<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff TERRY CHI ("Plaintiff") and Defendants CLARK COUNTY SCHOOL DISTRICT ("CCSD") and CEDRIC COLE ("Cole") (collectively "Defendants"), by and through their undersigned counsel, stipulate and agree to extend the deadline for Defendants to file an Answer to the First Amended Complaint from May 12, 2026, to **May 26, 2026**. This Stipulation is submitted and based upon the following:

1.      On April 27, 2026, the Court granted in part Defendants' Motion to Dismiss and granted Defendants' Motion to Strike. ECF No. 75.

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2.    The Order is dated April 27, 2026, but was served on the parties on April 28, 2026. *See* Notice of Electronic Filing for ECF No. 75 (showing the transaction was entered on 4/28/2026 at 8:27 AM PDT).

3.    Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants currently have until May 12, 2026, to file an Answer as to the remaining claims in Plaintiff's First Amended Complaint.

4.    A motion to stay filed by Ms. Chi's withdrawing attorney is pending before this Court.

5.    The parties have agreed to extend the deadline for Defendants to file an answer by 2 weeks, until May 26, 2026.

6.    The requested extension is necessary to allow Defendants sufficient time to respond to the First Amended Complaint, which is 51 pages and contains 267 paragraphs, and also assert any affirmative defenses.

7.    This is the first request for an extension of time to respond to the First Amended Complaint. This request is made in good faith and not for the purpose of delay.

Dated: May 7, 2026                              Dated:  May 7, 2026

Respectfully submitted,                         Respectfully submitted,


/s/ Robert P. Spretnak                          /s/ Diana G. Dickinson
Robert P. Spretnak, Esq.                        Ethan D. Thomas, Esq.
LAW OFFICES OF ROBERT P. SPRETNAK               Diana G. Dickinson, Esq.
                                                LITTLER MENDELSON, P.C.
Attorney for Plaintiff
TERRY CHI                                       Attorneys for Defendants
                                                CLARK COUNTY SCHOOL DISTRICT
                                                AND CEDRIC COLE


**IT IS SO ORDERED.**

Dated:  May 8, 2026 _____


_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
702.862.8800

2

4922-5957-0089